|   |   |
|---|---|
|   | **UNITED STATES DISTRICT COURT** |
|   | **FOR THE CENTRAL DISTRICT OF CALIFORNIA** |

IMILE SIHA, An Individual, doing business as DIAMOND PYRAMID

    Plaintiff,

vs.

TRAVELERS PROPERTY CASUALTY COMPANY INSURANCE OF AMERICA, A California Corporation, and DOES 1 through 20, Inclusive,

    Defendant.

Case No. 5:12-cv-00273-SVW-SPx
Hon. Stephen V. Wilson

**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**

JS-6

///

///

///

1

5:12-cv-00273-SVW-SPx

# **ORDER**

Pursuant to the Stipulation for Dismissal of Entire Action entered into by between Plaintiff Imile Siha dba Diamond Pyramid, on the one hand, and defendant Travelers Property Casualty Company of America, on the other hand, the above-entitled action is dismissed with prejudice with each party bearing its own attorney's fees and costs. All remaining set dates are vacated and taken off calendar.

**IT IS SO ORDERED.**

Dated: June 29, 2012        _____
                                          Honorable Stephen v. Wilson
                                          United States District Judge