1
2
3
4
5
6
7
8

### UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMILE SIHA, An Individual, doing business as DIAMOND PYRAMID<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY INSURANCE OF AMERICA, A California Corporation, and DOES 1 through 20, Inclusive,<br><br>Defendant. | Case No. 5:12-cv-00273-SVW-SPx<br>Hon. Stephen V. Wilson<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>JS-6 |

///

///

///

1

5:12-cv-00273-SVW-SPx

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

1 **ORDER**

2     Pursuant to the Stipulation for Dismissal of Entire Action entered into by
3 between Plaintiff Imile Siha dba Diamond Pyramid, on the one hand, and defendant
4 Travelers Property Casualty Company of America, on the other hand, the above-
5 entitled action is dismissed with prejudice with each party bearing its own attorney's
6 fees and costs.  All remaining set dates are vacated and taken off calendar.

7     **IT IS SO ORDERED.**

Dated: June 29, 2012      _____
    Honorable Stephen v. Wilson
    United States District Judge

2     2:12-cv-01682-RGK-VBK

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)